**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6908**

JOEY DUANE SCOTT,

             Plaintiff - Appellant,

        v.

REUBEN FRANKLIN YOUNG; ROBERT C. LEWIS; FRANK L. PERRY;
HATTIE PIMPONG; JAMES M. JOHNSON,

             Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Louise W. Flanagan,
District Judge.  (5:12-ct-03159-FL)

Submitted:  October 30, 2015        Decided:  November 12, 2015

Before WILKINSON and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Joey Duane Scott, Appellant Pro Se.   Yvonne Bulluck Ricci,
Assistant Attorney General, Kimberly D. Grande, NORTH CAROLINA
DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joey Duane Scott appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint and certain nondispositive orders. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. Young, No. 5:12-ct-03159-FL (E.D.N.C. June 19, 2014; Oct. 7, 2014, Jan. 22, 2015; Apr. 15, 2015; May 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED